FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0095

IN THE SUPREME COURT OF THE STATE OF MONTANA

Supreme Court Cause No. DA 21-0111

JADA KU,

                Plaintiff and Appellant,

-vs-

GREAT FALLS PUBLIC LIBRARY,

                Defendant and Appellee.

**ORDER GRANTING APPELLEE'S MOTION TO CONSOLIDATE MEDIATION AND APPOINTMENT OF MEDIATOR**

Pursuant to Appellant's Motion to Consolidate, this appeal being subject to M.R.App.P. 7; the parties having failed to jointly and timely select a mediator under M.R.App.P. 7(4)(c); and good cause shown:

IT IS HEREBY ORDERED that Appellee's motion is GRANTED. This case and the case of *Jada Ku v. Great Falls Public Schools*, Case Number DA 21-0095 are hereby consolidated for purposes of the Rule 7 mediation process.

IT IS FURTHER ORDERED that **J. David Slovak**, is hereby appointed to conduct the consolidated mediation of this case and Case Number DA 21-0095.

IT IS FURTHER ORDERED that the time periods set forth in M.R.App.P. 7(5)(d) shall run from the date of this order.

DATED this ___ day of March, 2021.

                                           _____

2

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2021